```
Law Offices of Mark Shmorgon
Mark Shmorgon, SBN: 255939
5015 Madison Ave., Suite A
Sacramento, CA 95841
Tel: (916) 640-7599
Fax: (916) 244-4448
shmorgonlaw@gmail.com

Attorney for Debtor(s)
LEONID BANAR
LYUDMILA BANAR
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>LEONID BANAR & LYUDMILA BANAR,<br><br><br><br>.<br><br><br>　　　　　　　Debtor(s).<br>_____/ | Case No.: 19-21860-C-13C<br><br>In Chapter 13<br><br>Mtn. Ctrl. No.MS-1<br><br>**MOTION TO VALUE COLLATERAL OF FCI LENDER SERVICES, INC.**<br><br>Date: April 16, 2019<br>Time: 2:00 P.M.<br>Ctrm: 33<br>Dept: C |

**<u>MOTION</u>**

　　　LEONID BANAR and LYUDMILA BANAR, the debtors and petitioners herein, hereby move this Court for an Order Valuing the Collateral held by FCI LENDER SERVICES, INC. In Support of this Motion, the Debtors respectfully represent:

　　　1.　The Petitioners are the Debtors in Chapter 13 in the above-captioned bankruptcy case, having filed their petition for relief on

-1-

March 26, 2019. David Cusick has been duly appointed to serve as the Chapter 13 Trustee on this case.

2. No claim has been filed to date in this case on behalf of FCI LENDER SERVICES, INC.

3. This motion is brought pursuant to 11 U.S.C. §506(a) and (d) and Rule 3012 of the Federal Bankruptcy Procedures.

4. The Schedules filed in this case disclose the Debtors' interest in the real property located at 8219 Villaview Drive Citrus Heights, CA 95621 (hereinafter, the "ASSET"). Based on the condition of the home, in today's market, the Debtors believe and assert that the reasonable, fair-market value of the ASSET is $255,000.00.

5. The Schedules filed in this case also disclose a debt owed to FCI LENDER SERVICES, INC.

6. The Debtors believe and assert that this creditor holds a valid security interest in the ASSET in the nature of a Second Deed of Trust.

7. The Debtors further believe and assert that the present balance owed by the Debtors to this creditor is $98,406.73.

8. As also shown in Schedule D of the filed case, there is a creditor that holds a superior interest in the ASSET. Specifically, Nationstar Mortgage, LLC holds a superior secured claim totaling $258,803.15.

9. The Value of the ASSET in the amount of $255,000.00 minus the superior lien of Caliber Home Loans in the amount of $258,803.15 is -$3,803.15.

-2-

10. Based on the foregoing and the Declaration filed herewith, the Debtor assets that the value of the security interest held by FCI LENDER SERVICES, INC. is $0.00.

WHEREFORE, Debtors and Petitioners herein respectfully request the Court to determine that the value of the security interest, as held by FCI LENDER SERVICES, INC., in the ASSET be set at $0.00.

Dated:   March 26, 2019          Respectfully Submitted:


                                 By:  **/s/ Mark Shmorgon**
                                      Mark Shmorgon, Esq.
                                      Law Offices of Mark Shmorgon