```
Law Offices of Mark Shmorgon
Mark Shmorgon, SBN: 255939
5015 Madison Ave., Suite A
Sacramento, CA 95841
Tel: (916) 640-7599
Fax: (916) 244-4448
shmorgonlaw@gmail.com

Attorney for Debtor(s)
LEONID BANAR
LYUDMILA BANAR
```

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No.: 19-21860-C-13C |
| LEONID BANAR & LYUDMILA BANAR, | In Chapter 13 |
| | Mtn. Ctrl. No.MS-1 |
| | **PROOF OF SERVICE BY MAIL** |
| | Date: April 16, 2019<br>Time: 2:00 P.M.<br>Ctrm: 33 |
| Debtor(s). | Dept: C |

**PROOF OF SERVICE**

I, <u>Mark Shmorgon</u>, declare:

    I am a citizen of the United States and a resident of the County of Sacramento and the Eastern District of California, over the age of eighteen (18) years, and not a party to the within action; my business address is 5015 Madison Ave., Suite A Sacramento, CA, 95841. On <u>April 1, 2019</u>, I served by Regular U.S. Mail or Certified Mail the within **AMENDED DECLARATION OF DEBTORS AND PROOF OF SERVICE IN SUPPORT THEREOF** on the parties listed herein below by placing a true and correct copy

-1-

thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, at Sacramento, Sacramento County, California, addressed as follows:

**By First Class U.S. Mail:**

Office of the U.S. Trustee
Robert T Matsui United States Courthouse
501 I Street, Room 7-500
Sacramento, CA 95814

David Cusick
Trustee in Chapter 13
P.O. Box 1858
Sacramento, CA 95812-1858

Leonid Banar
Lyudmila Banar
8219 Villaview Drive
Citrus Heights, CA 95621

FCI Lender Services, Inc.
Attn: Officer, a Managing or General Agent, or Agent for Service of Process
P.O. Box 27370
Anaheim Hills, CA 92809

FCI Lender Services, Inc.
Attn: Officer, a Managing or General Agent, or Agent for Service of Process
Michael W. Griffith
8190 East Kaiser Blvd.
Anaheim Hills, CA 92808

I, Mark Shmorgon, declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on April 1, 2019, at Sacramento, Sacramento County, California.

        By: **/s/ Mark Shmorgon**
             Mark Shmorgon, Declarant