Law Offices of Mark Shmorgon
Mark Shmorgon, SBN: 255939
5015 Madison Ave., Suite A
Sacramento, CA 95841
Tel: (916) 640-7599
Fax: (916) 244-4448
shmorgonlaw@gmail.com

Attorney for Debtor(s)
LEONID BANAR
LYUDMILA BANAR

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO AND MODESTO DIVISIONS**

In re:　　　　　　　　　　　　　　)　　Case No. 19-21860-C-13C
　　　　　　　　　　　　　　　　　)
LEONID BANAR &　　　　　　　　　 )
LYUDMILA BANAR,　　　　　　　　　)　　In Chapter 13
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Debtor(s).　　　　　 )

**ORDER CONFIRMING PLAN**

The Chapter 13 plan filed on <u>March 26, 2019</u> of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s) plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtors shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtors' address;

RECEIVED
January 16, 2020
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006678734

    2. The debtors shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtors; and

    3. The debtors shall appear in court whenever notified to do so by the court.

    **IT IS FURTHER ORDERED** that the attorney's fees for the debtor's attorney in the full amount of $6,000.00 are approved, $1,150.00 of which was paid prior to the filing of the petition. The balance of $4,850.00, provided that the attorney and debtors have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

    **IT IS FURTHER ORDERED** that Partners For Payment Relief De II, LLC serviced by FCI Lender Services, Inc. shall be paid a total secured claim of $18,000.00 with 5.00% interest with the balance of their claim to be paid as an unsecured claim. Starting in month 9 the monthly dividend for this secured class 2 claim shall be $385.73 per month.

    **IT IS FURTHER ORDERED** that the administrative fee shall be $52.50 per month starting in month 9 of the plan.

///

///

///

///

**IT IS FURTHER ORDERED** that as of month 8 debtors have paid a total of $2,250.00 into their Chapter 13 plan. Debtors propose to pay $462.00 per month for months 9 through 60.

*[signature]* 01-07-2020
Approved by the Chapter 13 Trustee as to form.

DATED: 1/7/20    By: *[signature]*
Reilly Wilkinson, Esq.
Attorneys for Creditor
Partners For Payment Relief
DE II, LLC

DATED:    BY THE COURT

Dated: January 22, 2020

*[signature]*
United States Bankruptcy Judge